**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PRINCE CHINNEY** **PLAINTIFF**

**vs.** **Case No. 4:25-CV-00577-LPR**

**LANDERS CRYSLER DODGE**
**JEEP RAM AND PNC BANK NA** **DEFENDANTS**

**JOINT RULE 26(f) REPORT**

Comes now Defendants, LL Glenn Plaza Loop LLC d/b/a Landers Crysler Dodge Jeep Ram and PNC Bank N.A. by and through their attorneys, Barber Law Firm PLLC, and Plaintiff, Prince Chinney, proceeding Pro Se, and jointly state that they (1) have held a Rule 26(f) conference and (2) submit this Joint Rule 26(f) Report pursuant to the Court's Initial Scheduling Order (Doc. 11).

**1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

Response: None.

**2. Date when mandatory disclosures were or will be made?**

Response: The parties stipulate providing mandatory disclosures by September 30, 2025.

**3. Subjects on which discovery may be needed.**

Response: The parties believe the following issues will require discovery:

i. Liability;
ii. Damages; and
iii. Defenses to the same.

The parties reserve the right to conduct additional discovery in the event relevant subjects not listed herein come to light in the discovery process.

**4. Whether any party will likely be requested to disclose or produce information from electronic or computer based media. If so:**

**(a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

**(b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

**(c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

**(d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise; and**

**(e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

Response: The Parties anticipate that a small amount of electronic discovery will be produced but will be limited to data reasonably available to the parties in the ordinary course of business. Electronic data shall be produced in native format. The Parties have discussed data preservation and agree to take appropriate and reasonable measures to preserve potential discovery data from alteration or destruction in the ordinary course of business or otherwise.

**5. Date by which discovery should be completed.**

Response: The parties anticipate that discovery should be completed in compliance with the proposed final scheduling order by April 17, 2026.

**6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

Response: None.

**7. Any orders, e.g. protective orders, which should be entered.**

Response: None at this time.

**8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

Response: None at this time.

**9. Any objections to the proposed trial date.**

Response: None at this time.

**10. Proposed deadline for joining other parties and amending the pleadings.**

Response: No changes at this time.

**11. Proposed deadline for completing discovery.**

Response: The parties agree with the Court's proposed deadline date of April 17, 2026, to complete discovery.

**12. Proposed deadline for filing motions other than for class certification.**

Response: No changes at this time.

**13. Class certification: In the case of class action complaint, the proposed deadline for the parties to file a motion for class certification.**

Not applicable at this time.

**14. Estimated number of 6 hour trial days.**

The parties believe that one (1) to two (2), 6-hour trial days will be needed.

Respectfully submitted,

By: ____________________

James D. Robertson, Ark. Bar. No. 95181
Daniel A. Curtis, Ark. Bar. No. 2023001
Barber Law Firm, PLLC
One Allied Dr. Suite 1600
Little Rock, Arkansas 72202
Phone: (501) 372-6175
Email: jrobertson@barberlawfirm.com
Email: dcurtis@barberlawfirm.com
*Attorneys for Defendants*

AND

By: ____________________
Prince Chinney
221 W. 2nd St.
Apt 530
Little Rock, Arkansas 72201
*Pro Se Plaintiff*