FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 1 2026

TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PRINCE CHINNEY PLAINTIFF

VS. CASE NO.: 4:25-cv-00577-LPR

LL GLENN PLAZA LOOP LLC
D/B/A LANDERS CHRYSLER DODGE JEEP
RAM, AND PNC BANK, N.A. DEFENDANTS

PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR PRODUCTION OF DOCUMENTS

Plaintiff, Prince Chinney Pro se served the Defendants, LL Glenn Plaza Loop LLC D/B/A Landers Chrysler Dodge Jeep Ram and PNC Bank N.A. a Request for Production of Documents in Pursuant to Rule 34 of the Federal Civil Procedures. Under the Federal Rule of Civil Procedure 34(b)(2)(A), a party served with a request for production must respond in writing within 30 days after being served unless a different time is stipulated or ordered by the Court.

Defendants' were served on October 16, 2025 and the deadline to respond was on November 16, 2025. More than seven months have now passed since Plaintiff served the Request for Production of Documents. Defendants have failed and refused to provide any response, objections, or documents.

**ARGUMENT**

Rule 34 permits a party to request the production of documents and electronically stored information within the scope of discovery. Fed.R.Civ.P.34 (a). Rule 34(b)(2)(A) requires the responding party to serve a written response to each request within 30 days after being served.

Here, Plaintiff properly served the Defendants with the Request for Production on October 16, 2025 by First Class US mail addressed to; Daniel Curtis, Barber Law Firm, One Allied Drive, Little Rock, AR 72202. Defendants provided no response whatsoever, despite the fact that more than seven months have passed since service (see exhibit 1).

Defendants' complete failure to respond violates the requirements of Rule 34 and had unnecessarily delayed Plaintiff's ability to obtain relevant discovery and prepare this matter for resolution scheduled. Plaintiff has waited more than seven months after serving the discovery requests and has received neither responses nor documents from Defendants.

**WHEREFORE**, Plaintiff Prince Chinney seeks judicial intervention to obtain the Production of Documents to which he is entitled.

Respectfully Submitted,

Prince Chinney
221 W. Second Street, Suite 530
Little Rock, AR 72201
501-690-2850

CERTIFICATE OF SERVICE

I HEREBY, certify that on August 11, 2026, Plaintiff served a copy of the foregoing pleading upon attorneys for all other parties in this action by placing same properly addressed, in the United States Mail addressed to:

James D. Robertson
Daniel A. Curtis
BARBER LAW FIRM
One Allied Dr. Suite 1600
Little Rock, AR 72202

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PRINCE CHINNEY PLAINTIFF

VS CASE #: 4:25-cv-00577-LPR

LL GLENN PLAZA LOOP LLC
D/B/A LANDERS CHRYSLER DODGE
JEEP RAM AND PNC BANK, N.A. DEFENDANTS

REQUEST TO LL GLENN PLAZA LOOP LLC D/B/A LANDERS CHRYSLER DODGE JEEP RAM AND PNC BANK, N.A FOR PRODUCTION OF DOCUMENTS

Plaintiff Prince Chinney, Pro se requests, pursuant to Federal Rule of Civil Procedure 34 request Defendants to produce the following documents and all electronic stored information as it relates to the said vehicle 2018 Porsche Macan Vin: WP1AA2A54JLB19854 by delivering them to my office located at 221 W. 2nd Street, Suite 530, Little Rock, AR 72201 within 30 days from the date of service of this Request.

1. Receipts and records showing all maintenance and repairs to vehicle within 90 days prior to the sale of the Vehicle to the Plaintiff.
2. The nature and scope of the accident to the vehicle prior to the sale of the vehicle to the Plaintiff.
3. Prior inspection records before the sale of the Vehicle to the Plaintiff.

Sincerely, [signature]
Prince Chinney, Pro se

**Certificate of Service**

I hereby certify that on October 16, 2025 a true and correct copy of the foregoing instrument was duly served on all parties herein by US mail addressed to:

Daniel Curtis
Barber Law Firm
0ne Allied Drive
Little Rock, AR 72202