FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 24 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PRINCE CHINNEY PLAINTIFF

VS CASE #: 4:25-cv-00577-LPR

LL GLENN PLAZA LOOP LLC
D/B/A LANDERS CHRYSLER DODGE
JEEP RAM AND PNC BANK, N.A. DEFENDANTS

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the Plaintiff Prince Chinney, proceeding Pro se and respectfully moves the Honorable Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file an Amended Complaint. In support of the Motion, Plaintiff states as follows:

**I. INTRODUCTION**

1. Plaintiff filed the original Complaint in this matter on or about May 5th, 2025 asserting claims against Defendants arising from breach of contract and failure to fulfill binding oral agreement made by the parties involving the purchase of 2018 Porsche Macan Vin #WP1AA2A54JLB19854.

2. Plaintiff alleges that two different Carfax Vehicle History Reports were presented in this case concerning the subject vehicle. Although the two reports appear substantially similar in form and content, they are not identical.

3. That the reports bear different dates of issuance, demonstrating that they were generated or provided at different times.

4. The differences in the dates of issuance are material and warrant consideration by the Court when determining the authenticity, reliability and evidentiary significance of the reports presented in this matter.

5. Plaintiff seeks an award of compensatory damages, including, but not limited to the reasonable and necessary costs to repair the subject vehicle, damages to loss of use of the vehicle, damages to emotional distress and inconvenience, and other costs.

6. That Defendant PNC Bank was and has been an active player in this matter.

7. Plaintiff now seeks leave to amend the Complaint to ensure that the nature and extent of the damages sought are clearly and fully presented to the Court and the Defendants.

8. The proposed amendment will allow the Court to consider the claims and facts that are directly related to the controversy between the parties and will assist in resolving this matter on its merits.

## 11. LEGAL STANDARD

9. The Federal Rule of Civil Procedure 15(a)(2) provides that when a party may no longer amend it pleading as a matter of course, it may amend only with opposing party's written consent or the Court's leave.

10. Rule 15(a)(2) further provides that the Court should freely give leave to amend when justice so requires.

11. The purpose of Rule 15 is to permit cases to be decided on their merits rather than on technical pleading deficiencies. Leave to amend may properly be

denied where there is undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or where amendment would be futile.

**111. ARGUMENT**

A. The Proposed Amendment Will Clarify and further Develop Plaintiff's Claims.

12. Plaintiff seeks to amend the Complaint to provide additional facts concerning background details of transactions relating to the purchase of the Vehicle and to clarify the legal claims arising from the Defendants conducts.

13. The proposed amendment is based upon information and circumstances related to the same underlying transaction or occurrence described in the original Complaint.

14. The amendment will provide Defendants with fair notice of the factual and legal basis of Plaint's claims and will allow the parties to address the issues in a more complete and orderly manner.

B. Plaintiff Is Not Acting in Bad Faith.

15. Plaintiff seeks amendment in good faith and for the purpose of ensuring that all relevant claims and factual allegations are properly before the Court.

16. Plaintiff is not seeking leave to amend for purposes of delay, harassment, or to impose unnecessary expense upon Defendants.

C. Defendants Will Not Suffer Undue Prejudice.

17. Allowing Plaintiff to file the proposed Amendment Complaint will not unfairly prejudice the Defendants.

18. The proposed amend concerns matters arising from the same underlying dispute that is already the subject of this litigation.

19. Defendants will have an opportunity to respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

20. Any additional discovery or response necessitated by the amendment can be addressed through the ordinary procedures of this Court.

D. Amendment Will Promote Resolution of the Case on Its Merits.

21. Granting Plaintiff leave to amend will promote the fair and efficient resolution of this matter.

22. The proposed amendment will allow the Court to consider the complete factual circumstances underlying Plaintiff's claims rather than requiring Plaintiff to proceed on an incomplete pleading.

23. That because the Federal Rules favor resolution of disputes on their merits, Plaintiff respectfully submits that leave to amend should be granted.

**IV. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Grant Plaintiff's Motion for Leave to Amend Complaint;

B. Permit Plaintiff to file the proposed Amended Complaint attached to this Motion as Exhibit A;

C. Direct that the Amended Complaint be deemed filed as of the date permitted by the Court;

D. Grant Defendants the time permitted under the Federal Rules of Civil Procedure respond to the Amended Complaint; and

E. Grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Prince Chinney
221 W. 2nd Street, Suite 530
Little Rock, AR 72201
501-690-2850
Chinpec@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on September 24th, 2026, I filed the foregoing with the Clerk of the Court and have served a copy of the foregoing via first class mail addressed to the following:

James D. Robertson
Daniel A. Curtis
BARBER LAW FIRM PLLC
One Allied Drive, Suite 1600
Little Rock, AR 72202